UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA MAGDALENA RODRIGUEZ,<br>Plaintiff,<br>v.<br>PAM BONDI, et al.<br>Defendants, | No. 1:26-cv-1096-KES-EPG<br><br>ORDER GRANTING NUNC PRO TUNC STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 14) |

On July 14, 2026, Defendants filed a Nunc Pro Tunc Joint Stipulation for an Extension of Time. (ECF No. 14). The stipulation provides as follows:

> Defendants respectfully request a second extension of time to respond to the Complaint, and Plaintiff does not oppose this request. The pending Complaint filed by Plaintiff Juliana Magdalena Rodriguez Dominguez ("Plaintiff") seeks relief under the Administrative Procedures Act and Due Process Clause relating to her filing of Form I-485, Application to Adjust Status under the Immigration and Nationality Act. The parties previously jointly stipulated to extend Defendants' deadline to respond to the Complaint to allow time for counsel for Defendants to consult with the agency regarding the subject petition; based on that joint stipulation, the Court extended the deadline to July 13, 2026.
>
> Counsel for Defendants has consulted with the agency over this period but more time is needed to complete review in order to provide the agency position to Plaintiff. Based on this status, the parties wish to extend the deadline for Defendants to respond for a brief period of fourteen days.
>
> Counsel for Defendants attempted to reach counsel for Plaintiff between July 9th and July 13th; after receiving no response, Defendants filed an administrative motion to extend. See ECF 10-12. Counsel for Plaintiff this morning responded to the several emails and advised that he was in the hospital following a "health scare" and had previously been unable to receive messages. The parties have now discussed the circumstance and jointly request this extension of time nunc pro tunc.

> Accordingly, the parties stipulate that the new date for Defendants to file an answer or other responsive pleading is July 27, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.
>
> Based on the foregoing, the new deadline for Defendants to file an answer or other pleading is July 27, 2026.

(*Id.*).

In light of the stipulation, the Court shall grant Defendants extension of time request and ORDERS Defendants to file an answer or other responsive pleading to the complaint no later than July 27, 2026.

IT IS SO ORDERED.

Dated: **July 15, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE