UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JULIANA MAGDALENA RODRIGUEZ,

Plaintiff,

v.

PAM BONDI[1], et al.

Defendants,

No. 1:26-cv-1096-KES-EPG

ORDER GRANTING STIPULATION FOR THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT

(ECF No. 16)

On July 27, 2026, Defendants filed a stipulation for a third extension of time to file a response to the complaint. (ECF No. 16). The stipulation provides the following:

> Defendants respectfully request a third extension of time to respond to the Complaint, and Plaintiff does not oppose this request. The pending Complaint filed by Plaintiff Juliana Magdalena Rodriguez Dominguez ("Plaintiff") seeks relief under the Administrative Procedures Act and Equal Protection Clause relating to her filing of Form I-130, Petition for Parole in Place under the Immigration and Nationality Act. The parties previously jointly stipulated to extend Defendants' deadline to respond to the Complaint first to allow time for counsel for Defendants to consult with the agency regarding the subject petition and then for the parties to meaningfully meet and confer regarding the case; based on these stipulations, the Court extended the deadline to July 27, 2026.
>
> Counsel for Defendants continued consultation with the agency over this period but more time is needed for the parties to meaningfully meet and confer, and for Defendants to further confer with the agency. Based on this status, the parties wish to extend the deadline for Defendants to respond for an additional approximately thirty days.
> Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other responsive pleading is August 26, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

[1] Under Fed. R. Civ. P. 25(d), the current holder(s) of the office named in the complaint is substituted for original defendant(s).

> Based on the foregoing, the new deadline for Defendants to file an answer or other pleading is August 26, 2026.

(*Id.*).

In light of the stipulation, the Court shall grant Defendants' extension of time request[2] and ORDERS Defendants to file an answer or other responsive pleading to the complaint no later than August 26, 2026.

IT IS SO ORDERED.

Dated: **July 28, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

[2] No further extensions of time to file a response to the complaint shall be granted.