UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JULIANA MAGDALENA RODRIGUEZ DOMINGUEZ,

Plaintiff,

v.

BONDI, *et al.*

Defendants.

Case No. 1:26-cv-01096-KES-EPG

ORDER FOR ATTORNEY SPROULS SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER TO ATTEND THE MANDATORY SCHEDULING CONFERENCE

(ECF No. 18)

The Court issued an order setting a mandatory scheduling conference for May 21, 2026, at 10:00 a.m. (ECF No. 4). The order warned as follows: "Should counsel or a party appearing *pro se* fail to appear at the Scheduling Conference . . . an *ex parte* hearing may be held and contempt sanctions, including monetary sanctions, dismissal, default, or other appropriate judgment, may be imposed and/or ordered." (*Id.* at 7). The initial scheduling conference was continued twice to account for the extensions granted to Defendants to file a response to Plaintiff's complaint. (ECF Nos. 8 and 18). The final setting of the initial scheduling conference was set for September 3, 2026, at 10:30 a.m. (ECF No. 18).

On August 25, 2026, the parties filed a joint scheduling report, which acknowledged the date and time of the conference. (ECF No. 19). The Court held the conference as scheduled and counsel for Defendants appeared; however, Attorney Frank Patrick Sprouls for Plaintiff failed to appear. The Court's courtroom deputy tried to reach counsel but was unsuccessful. Accordingly, the Court did not hold the scheduling conference. No further scheduling conference has been set

at this time.

Accordingly, IT IS ORDERED as follows:

1. Attorney Frank Sprouls, counsel for Plaintiff, shall show cause as to why sanctions should not issue for counsel's failure to attend the conference as required by the Court's order.
2. Attorney Sprouls has until September 11, 2026, to file a written response explaining why counsel did not attend the conference.
3. After reviewing counsel's response, the Court will further consider whether sanctions are appropriate.
4. The Clerk of Court is directed to send a copy of this order to both Plaintiff and Plaintiff's counsel, Frank Sprouls.

IT IS SO ORDERED.

Dated: **September 4, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE