UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA MAGDALENA RODRIGUEZ DOMINGUEZ.<br><br>Plaintiff,<br><br>v.<br><br>BONDI, *et al.*<br><br>Defendants. | Case No. 1:26-cv-01096-KES-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 22)<br><br>ORDER REGARDING INTENTION TO PROCEED WITH CASE<br><br>THIRTY (30) DAYS TO FILE A RESPONSE |

On September 4, 2026, the Court issued an order to show cause, requiring Plaintiff's counsel, Frank Sprouls, to show cause as to why sanctions should not issue for failure to comply with a court order to attend mandatory scheduling conference. (ECF No. 22). Counsel Sprouls was ordered to file a response no later than September 11, 2026. (*Id.*).

Counsel Sprouls filed a response on September 11, 2026. (ECF No. 23). In the response, counsel provides the following:

> I, the undersigned, do hereby declare and affirm as follows:
>
> 1. I do not know if it is my lack of technical sophistication, but I called the appointed number at 10:30 a.m. and followed all the prompts;
>
> 2. I was put on hold and then I was instructed to call back;
>
> 3. I called every 10-15 minutes from 10:30 a.m. until 12:30 p.m., and I simply did not know what the next step would be as I had not connected with the meeting…

(*Id.*). Also, in counsel's response to the order to show cause, he stated, "I will be filing a Motion

to Withdraw as I will be resigning from the practice of law and the underlying factors will be elucidated in the Motion to Withdraw." (*Id.* at 2).

In light of counsel's representation that he intends to withdraw and has declined to further participate in scheduling the case, the Court seeks assurance from Plaintiff that she intends to proceed with this case.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court's September 4, 2026, order for counsel Sprouls to show cause (ECF No. 22) is DISCHARGED.
2. Plaintiff has thirty (30) days from the date of this order, until October 15, 2026, to file a response indicating whether she intends to proceed with this case, and if so, whether she will proceed *pro se* or will hire alternate counsel.
3. Counsel Sprouls is directed to serve a copy of this order on Plaintiff.
4. **Failure to respond to this order may result in dismissal of the case without prejudice for failure to prosecute.**

IT IS SO ORDERED.

Dated: **September 15, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE