UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA MAGDALENA RODRIGUEZ DOMINGUEZ,<br>Plaintiff,<br>v.<br>BLANCE, et al.,<br>Defendants. | Case No. 1:26-cv-01096-KES-EPG<br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br>(ECF No. 26) |

The pending Complaint filed by Plaintiff Juliana Magdalena Rodriguez Dominguez on February 6, 2026, seeks relief under the Administrative Procedures Act and Equal Protection Clause relating to her filing of Form I-130, Petition for Parole in Place under the Immigration and Nationality Act. (ECF No. 1).

On September 16, 2026, Attorney Frank P. Sprouls moved to withdraw as Plaintiff's counsel, mainly because he is currently subjected to a two-year suspension from the Ninth Circuit and as a result, a reciprocal suspension from the Immigration Licensing entity. (ECF No. 25). In his motion, Mr. Sprouls provides the following:

> I was subject to a two-year suspension from the 9th Circuit based on four Petitions that were filed 4 to 5 years ago.
>
> This would not terribly impact me as the Ninth Circuit only occupies a small percentage of my practice. However, the Immigration Licensing entity filed a Motion for Reciprocal discipline based solely on that self-same matter.
>
> I vigorously responded in what I believed was a persuasive and pellucid fashion. (Exhibit

> A. However, the Motion was denied, and I am suspended from practicing immigration law for two years. (Exhibit B).
>
> This holding is Carthaginian and career ending ruling as my practice is nearly exclusively Immigration law. I have been operating the law firm with no income for the past six weeks waiting for the ruling and I am literally bankrupt. I cannot earn my livelihood; I must vacate the office space, and I am either going to simply resign or negotiate a Stipulated Disbarment.
>
> The Petitioner has been informed, and she can retain new counsel. Her contact information is the following: 446 Roselawn Avenue, Modesto, CA 95351; phone number: (290)589-6965; email address: magdarodriguez25@hotmail.com.

(*Id.* at 1-2).

Upon review of the motion to withdraw and the docket, the Court will permit Attorney Sprouls to withdraw as Plaintiff's counsel. Local Rule 182(d) governs withdraw of counsel in these circumstances:

> Unless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

E.D. Cal. LR 182(d).

Here, while counsel states Plaintiff has been informed of counsel's intention to withdraw (ECF No. 25 at 2), it is not clear if Plaintiff was served a copy of the motion to withdraw. However, considering counsel's present ineligibility to practice law, the Court will order service on Plaintiff through the Clerk's office. Counsel has provided Plaintiff's last known address: 446 Roselawn Avenue, Modesto, CA 95351, her telephone number, and her email address. (ECF No. 25 at 2). Further, there are no indications that counsels withdraw fails to conform to the California Rules of Professional Conduct. Accordingly, the Court will grant the motion.

Accordingly, IT IS ORDERED as follows:

1. The motion to withdraw (ECF No. 25) is granted.
   a. The Clerk of Court is directed to terminate Attorney Sprouls as Plaintiff's counsel

on the docket and set Plaintiff as a *pro se* litigant on the docket.

b. The Clerk of Court is directed to add the following address for Plaintiff on the docket and to serve the Motion to Withdraw (ECF No. 25) and all future Court orders (including this order) at this address: 446 Roselawn Avenue, Modesto, CA 95351.

    i. If Plaintiff's address changes, she is directed to immediately file a statement with the Court updating her new address. Failure to do so may result in the dismissal of this case. E.D. Cal. LR 183(b).

c. The Clerk of Court shall also add the following email address for Plaintiff on the docket: magdarodriguez25@hotmail.com.

2. By no later than October 15, 2026, Plaintiff shall file a signed and dated statement, reporting whether she has obtained new counsel, and if not, whether she intends to proceed without counsel in this case. Alternatively, if Plaintiff obtains new counsel, the attorney may file a notice of appearance on the record by no later than October 15, 2026.
3. If new counsel timely appears, or if Plaintiff timely files a statement that she intends to proceed without counsel, the Court will set an initial scheduling conference.
4. If Plaintiff fails to comply with this order, she is advised that this case may be dismissed without prejudice for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated: **September 17, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE