UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA MAGDALENA RODRIGUEZ DOMINGUEZ,<br>Plaintiff,<br>v.<br>PAM BONDI, et al.<br>Defendants. | Case No. 1:26-cv-1096-KES-EPG<br>STIPULATION AND ORDER EXTENDING SCHEDULING CONFERENCE<br>(ECF No. 31) |

On October 20th, Plaintiff filed a Notice of Supplemental Facts advising that Plaintiff's removal proceedings have been terminated, constituting a material change in circumstances directly relevant to the issues presented in this litigation. ECF 30 at ¶ 30. Given this substantive change, the parties hereby jointly stipulate to extend the current Scheduling Conference date for approximately thirty (30) days to and including December 7, 2026 or an alternate date thereafter that is convenient for the Court's schedule. This extension is necessary to allow time to discuss status in order to engage in a meaningful Scheduling Conference. The parties further request that all other associated dates be similarly extended.

///

///

///

///

///

DATED: October 28, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Paula Joachin (as authorized on October 28, 2026)*
PAULA JOACHIN
Counsel for Plaintiff

ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. The Scheduling Conference currently set for November 5, 2026, is hereby extended to December 8, 2026, at 10:30 a.m. The parties are directed to file a joint scheduling report no later than seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **October 28, 2026**

/s/

UNITED STATES MAGISTRATE JUDGE